AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

SEAN GLENN JACOBSON,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-cv-00697-RCJ-VPC**

RENEE BAKER, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust state court remedies.

  January 31, 2012                                      **LANCE S. WILSON**
                                                                                          Clerk

                                                                 /s/ Katie Lynn Ogden
                                                                       Deputy Clerk